**STATE of Missouri, Respondent,**

v.

**Franklin Eugene CARRENDER, Appellant.**

**No. WD 74725.**

Missouri Court of Appeals,
Western District.

Feb. 26, 2013.

Andrew C. Hooper, Jefferson City, MO, for respondent.

Emmett D. Queener, Columbia, MO, for appellant.

Before Division Three: CYNTHIA L. MARTIN, Presiding Judge, JOSEPH M. ELLIS, Judge and GARY D. WITT, Judge.

## ORDER

PER CURIAM:

Franklin Carrender ("Carrender") appeals from the trial court's judgment convicting him of possession of methamphetamine with intent to distribute and unlawful use of drug paraphernalia. Carrender argues on appeal that the trial court erred in overruling his motion to suppress and in admitting evidence found on his person and in his truck. Carrender claims that the evidence should have been excluded because it was obtained as a result of a police officer detaining him without reasonable suspicion that he was engaged in illegal activity. We affirm. Rule 30.25(b).